Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALA SLOATMAN, individually and on behalf of all others similarly situated, Plaintiff, vs. KELLER WILLIAMS REALTY, INC., and DOES 1 through 10, inclusive, and each of them, Defendant. | Case No.: **2:20-cv-00655-CJC-AFM** **NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |

NOW COME THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled as to individual claims only. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: March 18, 2020          Law Offices of Todd M. Friedman, P.C.

                                             By: s/ Adrian R. Bacon
                                             Adrian R. Bacon, Esq.

## CERTIFICATE OF SERVICE

Filed electronically on March 18, 2020, with:

United States District Court CM/ECF system

Notification sent electronically on March 18, 2020 to:

To the Honorable Court, all parties and their Counsel of Record

By: s/ Adrian R. Bacon
Adrian R. Bacon, Esq.
