Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@ toddflaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LALA SLOATMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KELLER WILLIAMS REALTY, INC., and DOES 1 through 10, inclusive, and each of them,<br>Defendant. | Case No.<br><br>**2:20-cv-00655-CJC-AFM**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS.** |

NOW COMES THE PLAINTIFFs by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to plaintiff and without prejudice as to the class. No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P.

Respectfully submitted this 14th Day of July, 2020,

                    By: s/Adrian R. Bacon Esq.
                         Adrian R. Bacon
                         Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on July 14, 2020 2019, with:

United States District Court CM/ECF system

Notification sent electronically on July 14, 2020, to:

To the Honorable Court, all parties and their Counsel of Record

                                                    By: s/Adrian R. Bacon Esq.
                                                        Adrian R. Bacon
                                                      Attorney for Plaintiff